IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br>     Plaintiff, <br><br>CRYSTAL COLE and <br>FETEMA JOHNSON, <br><br>     Plaintiff-Intervenors, <br><br>    v. <br><br>LABOR READY NORTHEAST, INC., <br><br>     Defendant. | Civil Action No. 2:15-cv-01251 <br><br><br>Magistrate Judge Cynthia Reed Eddy |

## RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

   AND NOW, come the parties to the above-captioned action, by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of the Plaintiffs-Intervenors' Complaint in Intervention, with prejudice and in its entirety.

| | |
|---|---|
| /s/ John E. Egers, Jr.,<br>JOHN E. EGERS, JR., ESQUIRE<br>PA I.D. #89172<br>The Julian Law Firm<br>Washington, PA 15301<br>Telephone: (724) 228-1860<br>Facsimile: (724) 225-9643<br>johnegers@aol.com<br>*Counsel for Plaintiff-Intervenors* | /s/ Renee C. Mattei Myers<br>RENEE C. MATTEI MYERS<br>PA ID #73099<br>Eckert Seamans Cherin & Mellott, LLC<br>213 Market Street, 8th Floor<br>Harrisburg, PA 17107<br>Telephone: (717) 237-7163<br>Facsimile: (717) 237-6019<br>rmyers@eckersteamans.com<br>*Counsel for Defendant* |
| /s/ Monica Torrez-Pfister<br>MONICA TORREZ-PFISTER<br>WA Attorney ID #38417<br>TrueBlue, Inc.<br>1015 A. Street<br>Tacoma, WA 98402<br>Telephone: (253) 573-5024<br>mtorrez@trueblue.com<br>*Counsel for Defendant* | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been Served on this 29th day of November, 2016, by CM/ECF means to the following counsel of record:

Lisa H. Hernandez
Senior Trial Attorney
EEOC – Pittsburgh Area Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA  15222

Renee C. Mattei Meyers, Esquire
Eckert Seamans Cherin & Mellott, LLC
213 Market Street, 8th Floor
Harrisburg, PA  17101
**Counsel for Defendant**

Monica Torrez-Pfister
TrueBlue, Inc.
1015 A Street
Tacoma, WA 98402
**Counsel for Defendant**

JULIAN LAW FIRM

/s/ John E. Egers, Jr., Esquire
JOHN E. EGERS, JR., ESQUIRE
71 North Main Street
Washington, PA  15301
Telephone No.: 724-228-1860
Facsimile No.: 724-225-9643
johnegers@aol.com
**Counsel for Plaintiffs-Intervenors**